UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14166-CIV-CANNON/D'Angelo

**GRAHAM CHRISTOPHER ADDISON**,

    Plaintiff,

v.

**MARTIN O'MALLEY,** *Commissioner of Social Security*,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Magistrate Judge Ellen F. D'Angelo's Report and Recommendation (the "Report"), issued on January 31, 2025 [ECF No. 19]. The Report recommends that Defendant's Motion for Summary Judgment [ECF No. 15] be granted and that Plaintiff's Motion for Summary Judgment [ECF No. 12] be denied. No party filed objections to the Report, and the time to do so has expired. Upon review of the Report and the Motions, the Report [ECF No. 19] is **ACCEPTED**, Defendant's Motion for Summary Judgment [ECF No. 15] is **GRANTED**; and Plaintiff's Motion for Summary Judgment [ECF No. 12] is **DENIED** for the reasons stated in the Report.

\*\*\*

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject,

CASE NO. 24-14166-CIV-CANNON/D'Angelo

or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record.  *Macort*, 208 F. App'x at 784.  Legal conclusions are reviewed de novo, even in the absence of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Upon review of the Report, the Court finds no clear error of fact in the Report and no errors of law.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 19] is **ACCEPTED**.
2. Defendant's Motion for Summary Judgment [ECF No. 15] is **GRANTED**.
3. Plaintiff's Motion for Summary Judgment [ECF No. 12] is **DENIED**.
4. Pursuant to Federal Rule of Civil Procedure 58, final judgment will be entered separately.

**ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of February 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record